| | |
|---|---|
| 1 | Edward E. Wallace (State Bar No. 88268) |
| | eew@berenylaw.com |
| 2 | BERENY & WALLACE |
| | 6345 Balboa Boulevard, Suite 300 |
| 3 | Encino, California 91316 |
| | Telephone: (818) 881-5000 |
| 4 | Facsimile: (818) 862-1805 |

JS-6

Attorneys for Relator
Bennet Yale Olenick

Jeffrey A. LeVee (State Bar No. 125863)
jlevee@jonesday.com
Suzanne Cate Jones (State Bar No. 157496)
scjones@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:   (213) 489-3939
Facsimile:    (213) 243-2539

Attorneys for Defendant
Community Medical Centers

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BENNET YALE OLENICK, Relator,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY MEDICAL CENTER-FRESNO,<br><br>Defendant. | Case No. CV 06 1080 DSF (SSx)<br><br>**ORDER FOR VOLUNTARY DISMISSAL OF COMPLAINT**<br><br>**[FRCP 41]**<br><br>**[NO HEARING REQUIRED]** |

## **ORDER**

The Court, having considered the parties' Stipulation For Voluntary Dismissal of the Complaint, hereby ORDERS as follows:

The Complaint filed by Bennet Olenick, and each and every cause of action asserted therein, is dismissed with prejudice as to the Relator, and without prejudice as to the United States, each side to bear its own attorneys' fees and costs.

Dated: 7/17/08

_____
The Honorable Dale Fischer
United States District Judge